# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

## NO. 03-15-00662-CR

**Ernesto Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.